UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the LOCAL 7 TILE INDUSTRY WELFARE FUND, Trustees of the LOCAL 7 TILE INDUSTRY ANNUITY FUND, Trustees of the TILE LAYERS LOCAL UNION 52 PENSION FUND, Trustees of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, and Trustees of the INTERNATIONAL MASONRY INSTITUTE,<br><br>Plaintiffs,<br><br>-against-<br><br>ARTHUR LORENZO & SONS, INC.,<br><br>Defendant. | 10 Civ. 281 (NGG)(MDG)<br><br>**JUDGMENT** |

The summons and Complaint in this action having been duly served on the above-named defendant Arthur Lorenzo & Sons, Inc., and said defendant having entered into a Consent Judgment in September 2010, and said defendant having failed to make payment of the amounts set forth in the Consent Judgment, and upon the affirmation of Judy Wong,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for plaintiffs, it is hereby

ORDERED AND ADJUDGED, that plaintiffs Trustees of the LOCAL 7 INDUSTRY WELFARE FUND, Trustees of the LOCAL 7 TILE INDUSTRY ANNUITY FUND, Trustees of the TILE LAYERS LOCAL UNION 52 PENSION FUND, Trustees of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, and Trustees of the INTERNATIONAL MASONRY INSTITUTE, do recover of ARTHUR LORENZO & SONS, INC., the defendant residing at 11 Locust

Road, Ossining, New York 10562, the sum of $111,347.96, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated:

April 6, 2011

So ordered,

By s/Nicholas G. Garaufis
U.S.D.J.